| **Fill in this information to identify the case:** |
| --- |

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**

**The Wing Boss LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

8  4 – 5  1  8  1  0  8  0

**4. Debtor's address**

Principal place of business

**7820 Almeda Road**
Number    Street

_____

_____

**Houston**           **TX**    **77047**
City                State   ZIP Code

**Harris**
County

Mailing address, if different from principal place of business

_____
Number    Street

_____
P.O. Box

_____
City                State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                State   ZIP Code

**5. Debtor's website (URL)**

_____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __The Wing Boss LLC_____     Case number (if known) _____

**7.  Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.    *Check all that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor   **The Wing Boss LLC** _____   Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

      District _____ When _____ Case number _____
                                            MM / DD / YYYY

      District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                            MM / DD / YYYY

      Case number, if known _____

      Debtor _____ Relationship _____

      District _____ When _____
                                            MM / DD / YYYY

      Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

      **Why does the property need immediate attention?**    *(Check all that apply.)*

      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
          What is the hazard? _____

      ☐ It needs to be physically secured or protected from the weather.

      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ☐ Other _____

      **Where is the property?** _____
                       Number    Street

                       _____

                       _____   _____   _____
                       City              State    ZIP Code

      **Is the property insured?**

      ☐ No
      ☐ Yes. Insurance agency _____

             Contact name _____

             Phone _____

Debtor  **The Wing Boss LLC** _____     Case number (if known) _____

| | Statistical and adminstrative information |
|---|---|

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/13/2024** _____
          MM / DD / YYYY

**X  /s/ Anthony Jones** _____
Signature of authorized representative of debtor

**Anthony Jones** _____
Printed name

**Owner** _____
Title

Debtor   **The Wing Boss LLC**_____   Case number (if known) _____

**18.   Signature of attorney**

**X** **/s/ Aaron W. McCardell Sr.**_____   Date   **11/13/2024**_____
Signature of attorney for debtor                                              MM / DD / YYYY

**Aaron W. McCardell Sr.**_____
Printed name

**THE MCCARDELL LAW FIRM, PLLC**_____
Firm name

**440 Louisiana**_____
Number          Street

**Suite 1575**_____

**Houston**_____   **TX**_____   **77002**_____
City                                        State        ZIP Code

**(713) 236-8736**_____   **amccardell@mccardelllaw.com**_____
Contact phone                              Email address

**24120996**_____   **TX**_____
Bar number                                 State

| Fill in this information to identify the case |
|---|

Debtor name __The Wing Boss LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                          Current value of
    debtor's interest

2. **Cash on hand**                                                                                                      _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)         Type of account          Last 4 digits of
    account number

| 3.1. | **Checking account - Chase Business Checking** | Checking account | 8 8 7 8 | $15,000.00 |
|---|---|---|---|---|
| 3.2. | **Checking account - Capital One Business Banking** | Checking account | 9 0 3 3 | $400.00 |

4. **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            | $15,400.00 |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor __**The Wing Boss LLC**_____     Case number (if known) _____
　　　　　Name

**Current value of
debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

　　　Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

　　　Description, including name of holder of prepayment

**9.   Total of Part 2.**
　　　Add lines 7 through 8.  Copy the total to line 81.

| $0.00 |

## Part 3:  Accounts receivable

**10.   Does the debtor have any accounts receivable?**

　　☑ No.  Go to Part 4.
　　☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.   Accounts receivable**

11a.  90 days old or less:  _____  –  _____  =  .............. →  _____
　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

11b.  Over 90 days old:  _____  –  _____  =  .............. →  _____
　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

**12.   Total of Part 3**
　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $0.00 |

## Part 4:  Investments

**13.   Does the debtor own any investments?**

　　☑ No.  Go to Part 5.
　　☐ Yes.  Fill in the information below.

**Valuation method
used for current value**　　　**Current value of
debtor's interest**

**14.   Mutual funds or publicly traded stocks not included in Part 1**

　　　Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated
　　　businesses, including any interest in an LLC, partnership, or joint venture**

　　　Name of entity:　　　　　　　　　　　% of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and
　　　non-negotiable instruments not included in Part 1**

　　　Describe:

**17.   Total of Part 4**
　　　Add lines 14 through 16.  Copy the total to line 83.

| $0.00 |

## Part 5:  Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

　　☑ No.  Go to Part 6.
　　☐ Yes.  Fill in the information below.

Debtor   **The Wing Boss LLC**                                          Case number (if known) _____
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                                                    $0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **The Wing Boss LLC**                                    Case number (if known) _____
      Name

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Duker Reach in Cooler | | | $1,200.00 |
| Duker Reach in Refrigerator | | | $2,400.00 |
| Taylor Margarita Machine | | | $4,000.00 |
| Ice-O Matic Ice Machine | | | $4,000.00 |
| U-Star Reach in Freezer | | | $1,600.00 |
| Norpole Reach in Freezer | | | $1,400.00 |
| Fry Master 4 Vat Fryer | | | $25,000.00 |
| Pitco Fryer | | | $1,200.00 |
| Atso Fryer | | | $890.00 |
| Pitco Filter Machine | | | $1,800.00 |
| Duker Burner | | | $600.00 |
| Super Chef 18" Grill | | | $480.00 |
| Fries Warmer | | | $1,800.00 |
| Culitek Sandwich Refrigerator | | | $900.00 |
| Toast POS System | | | $6,000.00 |
| 12- Televisions 58" | | | $4,200.00 |
| Tables and Chairs | | | $2,500.00 |

**42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                     $59,970.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **The Wing Boss LLC**                                      Case number (if known) _____
       Name

## Part 8:   Machinery, equipment, and vehicles

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1.  **2121 Ram Promaster 1500** | **$29,390.25** | | **$29,390.25** |
|---|---|---|---|

**48.   Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.   Aircraft and accessories**

**50.   Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.   Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| **$29,390.25** |
|---|

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54.   Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56.   Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| **$0.00** |
|---|

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    __The Wing Boss LLC_____    Case number (if known) _____
            Name

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.                                           $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☐ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest
71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor     __The Wing Boss LLC_____     Case number (if known) _____
                 Name

**75.  Other contingent and unliquidated claims or causes of action of every nature,
       including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
       Add lines 71 through 77.  Copy the total to line 90.                                    | $0.00 |

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

---

**Part 12:  Summary**

---

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.  Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $15,400.00 | |
| **81.  Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.  Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.  Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.  Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.  Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.  Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $59,970.00 | |
| **87.  Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $29,390.25 | |
| **88.  Real property.** *Copy line 56, Part 9.*............................................➔ | | $0.00 |
| **89.  Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.  All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.  Total.**  Add lines 80 through 90 for each column.   91a. | $104,760.25 | + 91b. $0.00 |

**92.  Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................    | $104,760.25 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Wing Boss LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**Ally Financial** | **Describe debtor's property that is subject to a lien**<br>**2121 Ram Promaster 1500** | $29,390.25 | $29,390.25 |
| **Creditor's mailing address**<br>**P.O. Box 660109** | **Describe the lien**<br>**Auto Loan / Agreement** | | |
| | **Is the creditor an insider or related party?** | | |
| **Dallas          TX    75266-0109** | ☑ No | | |
| **Creditor's email address, if known** | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred    11/21/2023** | ☑ No | | |
| **Last 4 digits of account number      ___  ___  ___  ___** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

   $463,390.25

| Debtor | **The Wing Boss LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | |
|---|---|---|---|
| **2.2** Creditor's name<br>**Fora Financial** | Describe debtor's property that is<br>subject to a lien | **$99,000.00** | **$75,370.00** |

Creditor's mailing address
**1385 Broadway**

**15th Floor**

Describe debtor's property that is subject to a lien

**Future Receivables and All Proceeds**

Describe the lien

**Loan / Agreement**

**New York            NY    10018**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**For Checking account - Capital One Business Banking: 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Checking account - Chase Business Checking : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For 12- Televisions 58" : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Atso Fryer  : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Culitek Sandwich Refrigerator  : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Duker Burner  : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Duker Reach in Cooler  : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Duker Reach in Refrigerator   : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Fries Warmer  : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Fry Master 4 Vat Fryer  : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Ice-O Matic Ice Machine : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Norpole Reach in Freezer : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Pitco Filter Machine  : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Pitco Fryer  : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Super Chef 18" Grill : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Tables and Chairs : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Taylor Margarita Machine  : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For Toast POS System  : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial. For U-Star Reach in Freezer : 1) Toast Capital LLC; 2) Mulligan Funding LLC; 3) Parafin, Inc.; 4) Fora Financial.**

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **The Wing Boss LLC** _____   Case number (if known) _____

| Part 1: | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.3** Creditor's name
**Mulligan Funding LLC**

Creditor's mailing address
**4715 Viewridge Avenue**

**Suite 100**

_____

**San Diego          CA     92123**

Creditor's email address, if known

_____

Date debt was incurred      **06/17/2024**

Last 4 digits of account
number                    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.2**

Describe debtor's property that is
subject to a lien

**Accounts Receiviable/Property**

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $150,000.00 | $75,370.00 |

**2.4** Creditor's name
**Parafin, Inc.**

Creditor's mailing address
**301 Howard St**

**Suite 1500**

_____

**San Fransisco        CA    94105**

Creditor's email address, if known

_____

Date debt was incurred      _____

Last 4 digits of account
number                    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.2**

Describe debtor's property that is
subject to a lien

**All Assets of the Debtor**

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $85,000.00 | $75,370.00 |

Debtor   **The Wing Boss LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**2.5**

**Creditor's name**
**Toast Capital LLC**
_____

**Creditor's mailing address**
**333 Summer Street**
_____
_____
**Boston            MA   02210**
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

**All Accounts Receivable and Cash**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$100,000.00** | **$75,370.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **The Wing Boss LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
       If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**    Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____)

11/13/2024 07:56:33pm

Debtor __**The Wing Boss LLC**_____   Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,884.40 |
|---|---|---|---|

**Inc Card**

**CARDMEMBER SERVICE**

**PO BOX 1423**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CHARLOTTE**          **NC**    **28201-1423**

**Basis for the claim:**

**Credit Card**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,785.00 |
|---|---|---|---|

**Katie Charleston**

**P.O. Box 4570**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**N. Myrtle Beach**        **SC**    **29597**

**Basis for the claim:**

**Attorney Fees**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,262.01 |
|---|---|---|---|

**Spark Cash Select Card**

**Capital One**

**P.O. Box 60519**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**City of Industry**        **CA**    **91716-0519**

**Basis for the claim:**

**Credit Card**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor      **The Wing Boss LLC** _____      Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.   **Total claims from Part 1**          5a.      **$0.00**

5b.   **Total claims from Part 2**          5b. **+**    **$56,931.41**

5c.   **Total of Parts 1 and 2**          5c.      **$56,931.41**
       Lines 5a + 5b = 5c.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>The Wing Boss LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number (if known)</td><td>Chapter <strong>11</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.1** State what the contract or lease is for and the nature of the debtor's interest
**Restaruant Lease**
**Contract to be ASSUMED**

**MTL Plaza Del Oro LLC**
**3131 Eastside Street**
**Suite 400**

State the term remaining **22 payment(s)**

List the contract number of any government contract

**Houston          TX     77098**

**2.2** State what the contract or lease is for and the nature of the debtor's interest
**24110-24120 Northwest Freeway**
**Cypress, Texas 77429**
**Contract to be ASSUMED**

**Quattro Coles, LLC**
**12651 Briar Forest Drive**
**Suite 300**

State the term remaining **52 payment(s)**

List the contract number of any government contract

**Houston          TX     77077**

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>The Wing Boss LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>SOUTHERN DISTRICT OF TEXAS</b></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

<u>Official Form 206H</u>
## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑  Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.***  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules**<br>*that apply:* |
| 2.1  Anthony Jones | 818 Cavehill Ct.<br><span>Number     Street</span><br><br>Houston          TX   77047<br><span>City                    State    ZIP Code</span> | Mulligan Funding LLC | ☑  D<br>☐  E/F<br>☐  G |
| 2.2  Anthony Jones | 818 Cavehill Ct.<br><span>Number     Street</span><br><br>Houston          TX   77047<br><span>City                    State    ZIP Code</span> | MTL Plaza Del Oro LLC | ☐  D<br>☐  E/F<br>☑  G |
| 2.3  Anthony Jones | 818 Cavehill Ct<br><span>Number     Street</span><br><br>Houston          TX   77047<br><span>City                    State    ZIP Code</span> | Quattro Coles, LLC | ☐  D<br>☐  E/F<br>☑  G |

**Fill in this information to identify the case:**

Debtor Name __The Wing Boss LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................................ | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B......................................................................................... | **$104,760.25** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B............................................................................................ | **$104,760.25** |

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$463,390.25** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................... | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+   $56,931.41** |

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................... | **$520,321.66** |

---

**Fill in this information to identify the case and this filing:**

Debtor Name __The Wing Boss LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/13/2024__          X __/s/ Anthony Jones__
MM / DD / YYYY                Signature of individual signing on behalf of debtor

__Anthony Jones__
Printed name

__Owner__
Position or relationship to debtor

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **The Wing Boss LLC**                                    Case No. _____

                                                                Chapter    **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................Fixed Fee:    **$10,000.00**

    Prior to the filing of this statement I have received.......................................................    **$10,000.00**

    Balance Due...........................................................................................................    **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor               ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor               ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 11/13/2024 | /s/ Aaron W. McCardell Sr. | |
|---|---|---|
| *Date* | *Aaron W. McCardell Sr.* | Bar No.  24120996 |
| | THE MCCARDELL LAW FIRM, PLLC | |
| | 440 Louisiana | |
| | Suite 1575 | |
| | Houston, Texas 77002 | |
| | Phone: (713) 236-8736 / Fax: (713) 236-8990 | |

---

**/s/ Anthony Jones**

*Anthony Jones*
*Owner*